UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| STRIKE 3 HOLDINGS, LLC<br><br>v. | § § § § | |
|---|---|---|
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 45.20.143.137 | § § § | CIVIL NO. 4:21-CV-899-SDJ<br>LEAD CASE |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 104.188.245.130 | § § § | CIVIL NO. 4:21-CV-243-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 45.27.132.135 | § § § | CIVIL NO. 4:21-CV-249-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 69.154.224.214 | § § § | CIVIL NO. 4:21-CV-491-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 47.188.37.103 | § § § | CIVIL NO. 4:21-CV-736-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 104.51.191.131 | § § § | CIVIL NO. 4:21-CV-788-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 104.6.207.129 | § § § | CIVIL NO. 4:21-CV-789-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 75.28.19.23 | § § § | CIVIL NO. 4:21-CV-790-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 107.130.197.248 | § § § | CIVIL NO. 4:21-CV-791-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 76.210.212.239 | § § § | CIVIL NO. 4:21-CV-793-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 172.4.80.45 | § § § | CIVIL NO. 4:21-CV-794-SDJ |

| | | |
|---|---|---|
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 76.202.241.114 | § § § | CIVIL NO. 4:21-CV-795-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 104.53.68.220 | § § § | CIVIL NO. 4:21-CV-896-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 104.62.146.121 | § § § | CIVIL NO. 4:21-CV-897-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 45.16.199.72 | § § § | CIVIL NO. 4:21-CV-898-SDJ |

## SIXTH AMENDED CONSOLIDATION ORDER

The Court previously issued orders consolidating several cases brought by Strike 3 Holdings, LLC ("Strike 3") for certain pretrial issues. (Dkt. #5, #11, #24, #28, #31, #39). Strike 3 recently filed a Notice of Voluntary Dismissal, (Dkt. #63), of its claims against Defendant John Doe, subscriber assigned IP address 104.188.245.130, in the lead case, 4:21-CV-243. Accordingly, the Court designates 4:21-CV-899 as the new lead case for the above-captioned cases.

It is therefore **ORDERED** that Cause No. 4:21-CV-899 is to be designated as the LEAD CASE and that the above-captioned cases are now **CONSOLIDATED** as part of action numbered 4:21-CV-899.

It is further **ORDERED** that the parties in these consolidated cases are instructed to file any future filings (except relating to venue) in the lead case, 4:21-CV-899. With these modifications, the prior consolidation orders, (4:21-CV-243, Dkt. #5, #11, #24, #28, #31, #39), remain in effect.

2

The clerk's office is directed to make the changes necessary to effectuate this order.

**So ORDERED and SIGNED this 6th day of January, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE